

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-97,269-02

## EX PARTE LONARD KILDOW, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. CR24-01057 IN THE 42ND DISTRICT COURT COLEMAN COUNTY

*Per curiam.*

## O P I N I O N

Applicant was convicted of aggravated assault with a deadly weapon and sentenced to sixty years' imprisonment. He filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that he was denied his right to an appeal due to a breakdown in the system.

Relief is granted. *Ex parte Riley*, 193 S.W.3d 900 (Tex. Crim. App. 2006). Applicant may file an out-of-time appeal of his conviction in cause number CR24-01057 from the 42nd District Court of Coleman County. Within ten days from the date of this Court's mandate, the trial court shall determine whether Applicant is indigent. If Applicant is indigent and wants to be represented by counsel, the trial court shall appoint counsel to represent him on direct appeal. Should Applicant decide to appeal, he must file a written notice of appeal in the trial court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: February 26, 2026
Do not publish